[16 NE3d 1252, 992 NYS2d 773]

THOMAS BOYLE et al., Appellants, v STARWOOD HOTELS & RESORTS WORLDWIDE, INC., Respondent.

Decided June 30, 2014

### APPEARANCES OF COUNSEL

*Ballon Stoll Bader & Nadler, P.C.*, New York City (*Vano I. Haroutunian* of counsel), for appellants.

*Polsinelli PC*, New York City (*Jason A. Nagi* of counsel), for respondent.

### OPINION OF THE COURT

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed, with costs, and certified question not answered as unnecessary. It was not an abuse of discretion to grant, with conditions, defendant's motion to dismiss the complaint on the ground of forum non conveniens (*see* CPLR 327 [a]; *Islamic Republic of Iran v Pahlavi*, 62 NY2d 474, 478 [1984]).

Concur: Chief Judge LIPPMAN and Judges GRAFFEO, READ, SMITH, PIGOTT, RIVERA and ABDUS-SALAAM.